0050-2B-EPIF2B-00028452-176275

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re: KYLE TERRENCE BOYD
 DEBORAH ANN BOYD
 Debtor(s)

Case No.: 10-1-3951AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard - Santa Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2010.
2) The plan was confirmed on 11/14/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 01/08/2016.
6) Number of months from filing or conversion to last payment: 63.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 389,315.16.
10) Amount of unsecured claims discharged without full payment: 286,079.93.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $64,146.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $64,146.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $4,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,899.80 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,899.80 |

Attorney fees paid and disclosed by debtor: $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL - DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERVICE | Other | NA | NA | NA | .00 | .00 |
| BEST BUY | Unsecured | 7,922.00 | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEP | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK (USA) NA BY | Unsecured | 3,530.00 | 3,385.15 | 3,385.15 | 418.45 | .00 |
| CAPITAL ONE BANK (USA) NA BY | Unsecured | 6,833.00 | 7,172.51 | 7,172.51 | 886.56 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |
| CIR LAW OFFICES | Other | NA | NA | NA | .00 | .00 |
| CLERK OF THE COURT FOR | Other | NA | .00 | .00 | .00 | .00 |
| CLERK OF THE COURT FOR | Secured | 551,250.00 | 556,752.90 | 556,752.90 | .00 | .00 |
| CLERK OF THE COURT FOR | Secured | 17,835.11 | 17,835.11 | 17,835.11 | 17,835.11 | .00 |
| DAVID SIDNEY, MD | Unsecured | 562.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 4,962.00 | 4,962.24 | 4,962.24 | 613.38 | .00 |
| EAST BAY FUNDING LLC | Unsecured | 10,705.59 | 10,705.59 | 10,705.59 | 1,323.29 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 16,813.77 | 16,813.77 | 16,813.77 | 2,078.27 | .00 |

Case: 10-13951   Doc# 92   Filed: 03/16/16   Entered: 03/16/16 08:07:46   Page 1 of 4

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:  KYLE TERRENCE BOYD
       DEBORAH ANN BOYD
          Debtor(s)

Case No.:  10-1-3951AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP ASSIGNEE | Unsecured | 10,673.00 | 10,673.44 | 10,673.44 | 1,319.32 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 8,501.00 | 8,874.38 | 8,874.38 | 1,096.86 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| FREDERICK J HANNA & ASSOCIATES, P | Other | NA | NA | NA | .00 | .00 |
| FRESNO CREDIT BUREAU | Unsecured | 303.00 | NA | NA | .00 | .00 |
| GE MONEY BANK | Other | NA | .00 | .00 | .00 | .00 |
| HARRIS & ZIDE | Other | NA | NA | NA | .00 | .00 |
| HUNT & HENRIQUES | Other | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 601.00 | NA | NA | .00 | .00 |
| IRS | Other | NA | NA | NA | .00 | .00 |
| LAUREL WARNER, MD | Unsecured | 594.00 | NA | NA | .00 | .00 |
| LAW OFFICES OF HAROLD E. SCHERR, | Other | NA | NA | NA | .00 | .00 |
| MERCEDES BENZ FINANCIAL | Secured | 1,898.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC  BY AMERICAN | Unsecured | 9,792.00 | 9,792.65 | 9,792.65 | 1,210.44 | .00 |
| MIDLAND FUNDING LLC BY | Unsecured | 307.00 | 305.45 | 305.45 | 34.71 | .00 |
| MOORE, BREWER, JONES, TYLER & NC | Other | NA | NA | NA | .00 | .00 |
| NORTHERN CALIFORNIA MEDICAL | Unsecured | 383.00 | NA | NA | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Unsecured | NA | NA | NA | .00 | .00 |
| PATENAUDE & FELIX | Other | NA | NA | NA | .00 | .00 |
| PITE DUNCAN LLP | Other | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY  ASSOCIATES I | Unsecured | 11,236.00 | 11,236.54 | 11,236.54 | 1,388.97 | .00 |
| PORTFOLIO RECOVERY  ASSOCIATES I | Unsecured | 9,654.00 | 9,654.70 | 9,654.70 | 1,193.39 | .00 |
| PORTFOLIO RECOVERY  ASSOCIATES I | Unsecured | 5,267.38 | 5,267.38 | 5,267.38 | 651.06 | .00 |
| PORTFOLIO RECOVERY  ASSOCIATES I | Unsecured | 15,386.00 | 15,494.23 | 15,494.23 | 1,915.16 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Other | NA | NA | NA | .00 | .00 |
| REDWOOD CREDIT UNION | Unsecured | 13,530.00 | 13,530.65 | 13,530.65 | 1,672.46 | .00 |
| SANTA ROSA MEMORIAL HOSPITAL | Unsecured | 410.00 | NA | NA | .00 | .00 |
| SANTA ROSA MEMORIAL HOSPITAL | Unsecured | 283.00 | NA | NA | .00 | .00 |
| SHU YANG, MD | Unsecured | 774.00 | NA | NA | .00 | .00 |
| ST JOSEPH HEALTHCARE | Unsecured | 580.00 | NA | NA | .00 | .00 |
| UNITED GUARANTY RESIDENTIAL | Other | NA | NA | NA | .00 | .00 |
| UNITED GUARANTY RESIDENTIAL INS. | Unsecured | 156,712.00 | 147,000.00 | 147,000.00 | 18,169.69 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Unsecured | NA | NA | NA | .00 | .00 |
| VANDA LLC | Unsecured | 13,813.00 | 13,813.37 | 13,813.37 | 1,707.41 | .00 |
| VANDA LLC | Unsecured | 8,904.00 | 8,904.83 | 8,904.83 | 1,100.66 | .00 |
| VEHICLE REGISTRATION OPERATIONS | Other | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 7,710.00 | 7,710.14 | 7,710.14 | 953.03 | .00 |
| WELLS FARGO BANK NA | Unsecured | 5,485.00 | 5,485.00 | 5,485.00 | 677.98 | .00 |

Case: 10-13951    Doc# 92    Filed: 03/16/16    Entered: 03/16/16 08:07:46    Page 2 of 4

UST Form 101-13-FR-S (9/1/2009)

0050-2B-EPIF2B-00028452-176275

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:  KYLE TERRENCE BOYD
DEBORAH ANN BOYD
      Debtor(s)

Case No.:  10-1-3951AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ASSET MANAGEMENT | Other | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 556,752.90 | .00 | .00 |
| Mortgage Arrearage: | 17,835.11 | 17,835.11 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 574,588.01 | 17,835.11 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 310,782.02 | 38,411.09 | .00 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration: | $7,899.80 |
| Disbursements to Creditors: | $56,246.20 |
| **TOTAL DISBURSEMENTS:** | $64,146.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/29/2016

By:  /s/David Burchard - Santa Rosa
                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Case: 10-13951   Doc# 92   Filed: 03/16/16   Entered: 03/16/16 08:07:46   Page 3 of 4

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                    CASE NO:

   KYLE TERRENCE & DEBORAH ANN BOYD                10-1-3951AJ13

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 1065 E. Hillsdale Blvd, Suite 200, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document:  Trustee's Final Report and Account

Dated:  03/16/2016                                    Cecilia Marcelo
                                                      _____
                                                      Cecilia Marcelo
                                                      Closed Case Administrator

CRAIG A. BURNETT
ATTORNEY AT LAW 537 4TH STREET SUITE A SANTA ROSA, CA 95401

KYLE TERRENCE & DEBORAH ANN BOYD
4843 FERNGLEN DRIVE SANTA ROSA, CA 95405